IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOFFMANN-LAROCHE, INC.,

    Plaintiff,

 v.

MYLAN, INC., et al.,

    Defendant.

No. C 10-80237 TEH

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the Motion to Quash Subpoena is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.

Dated:  10/08/10

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE