United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOFFMANN-LAROCHE, INC., | No. C-10-80237-TEH (DMR) |
| Plaintiff, | **NOTICE OF REFERENCE, TIME AND PLACE OF HEARING, AND ORDER RE MOTION PROCEDURES** |
| v. | |
| MYLAN, INC., et al., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Motion to Quash Subpoena to Genentech, Inc. ("Motion to Quash") filed by third-party petitioner Genentech, Inc. ("Genentech") has been referred to Magistrate Judge Donna M. Ryu for adjudication. You are hereby notified that the hearing on the Motion to Quash is set for **November 24, 2010, at 1:30 p.m.**, in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The briefing schedule shall be as follows:

Any opposition to the Motion to Quash shall be filed by no later than **October 27, 2010**.

Any reply shall be filed by no later than **November 3, 2010.**

**Immediately upon receipt of this Notice and Order, Genentech shall serve this Notice and Order, along with General Order 45 (attached), upon all other parties, and shall e-file a proof of service on the same day that service is effected.**

1. All parties to a discovery dispute before Magistrate Judge Ryu shall comply with the procedures in this order, the Federal Rules of Civil Procedure, and the Northern District of California's Local Rules, General Orders, and General Standing Orders.  **Counsel who will be making an appearance or filing any documents relating to a discovery dispute before Magistrate Judge Ryu are directed to comply with General Order 45 ("Electronic Case Filing"), and accordingly, to become an ECF User in this District and to e-file all such documents.**  Local rules, general orders, general standing orders, and a summary of the general orders' electronic filing requirements (including the procedures for emailing proposed orders to chambers) are available at http://www.cand.uscourts.gov (click "Rules" link and "ECF-PACER" link on left side).  The parties' failure to comply with any of the rules or orders may be a ground for sanctions.

LAW AND MOTION PROCEDURES

2. All filings of documents relating to motions referred to Magistrate Judge Ryu shall list the civil case number and the district court judge's initials followed by the designation "(DMR)."

3. Each party to the discovery dispute must be represented **in person** at discovery hearings.  Permission for a party representative to attend by telephone may be granted in the Court's discretion only upon a showing of good cause **and** if the party representative lives and works outside of the Northern District of California.  A request for excuse from personal attendance must be submitted by written application, along with a proposed order, and filed **no later than 7 calendar days** before the hearing.  The proposed order shall also be submitted by email to dmrpo@cand.uscourts.gov as a word processing format attachment on the same day that the written application is filed.  The written application and proposed order shall be served on all other parties.

CHAMBERS COPIES AND PROPOSED ORDERS

4. Under Civil L.R. 5-1(b), parties must lodge an extra paper copy of any filing and mark it as a copy for "Chambers."  Chambers copies shall be submitted to the Oakland Clerk's Office in an envelope clearly marked with the case number, "Magistrate Judge Donna M. Ryu," and "Chambers Copy."  In a case subject to electronic filing, chambers copies must be submitted by the close of the next court day following the day the papers are filed electronically.  Any proposed

stipulation or proposed order in a case subject to electronic filing shall be submitted by email to dmrpo@cand.uscourts.gov as a word processing format attachment on the same day that the document is e-filed. This address is to be used only for proposed orders unless otherwise directed by the Court.

5. Parties may not file documents or portions of documents under seal without first obtaining a written Court order. Parties seeking to file documents or portions of documents under seal must fully comply with Civil L.R. 79-5.

IT IS SO ORDERED.

Dated: October 13, 2010



DONNA M. RYU
United States Magistrate Judge

United States District Court
For the Northern District of California