**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOFFMANN-LAROCHE, INC., | No. C-10-80237-TEH (DMR) |
| Plaintiff, | **ORDER VACATING HEARING ON GENENTECH, INC.'S MOTION TO QUASH AND DEFENDANTS' MOTION TO COMPEL, AND TERMINATING MOTIONS** |
| v. | |
| MYLAN, INC., et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation Withdrawing Genentech, Inc.'s Motion to Quash and Defendants' Motion to Compel, *see* Docket No. 21, wherein the parties have represented that they have resolved these matters and have withdrawn their respective motions accordingly, the Court hereby VACATES the previously scheduled hearing date of November 24, 2010. The Motion to Quash (Docket No. 1), Motion to Compel (Docket No. 18), and accompanying Administrative Motion to File Under Seal (Docket No. 15) are moot and shall be terminated from the docket.

IT IS SO ORDERED.

Dated: November 9, 2010

DONNA M. RYU
United States Magistrate Judge